IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

DEBRA HAMILTON,
    Plaintiff,

vs.

WAL MART STORES EAST LP.,
    Defendant.

Case No. CIV-20-167-PRW

## **COMPLAINT**

    Plaintiff, for Petition against Defendant, states: (1) Plaintiff is an Oklahoma citizen. Defendant is a limited partnership incorporated in and with a principal place of business in Arkansas. The amount in controversy is in excess of $75,000. (2) On March 14, 2016, at Defendant's store #113 at 2001 S. 1st Street, Chickasha, Oklahoma, Plaintiff was hurt when her ankle hit a protruding piece of a display case, causing her to trip. (3) Due to Defendant's negligence, Plaintiff was injured and has incurred and will incur medical bills; suffered and will suffer pain; and permanent disability and disfigurement. (4) Plaintiff previously filed suit against Defendant in a case which became Case No. CV-17-847-SLP in this Court and which Plaintiff dismissed without prejudice on April 9, 2019.

    **WHEREFORE**, Plaintiff prays judgment against Defendant, in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code, plus costs.

                                                  s/Rex Travis
                                                  _____
REX TRAVIS, OBA #9081
MARGARET TRAVIS, OBA #14424
CASEY LAWSON, OBA #33947
info@travislawoffice.com
P.O. Box 1336
Oklahoma City, OK 73101-1336
Telephone: (405) 236-5400
Facsimile: (405) 236-5499
Attorneys for Plaintiff

**ATTORNEY'S LIEN CLAIMED**